In the Matter of BLOSSOM VIEW NURSING HOME, Appellant, v ANTONIA C. NOVELLO, M.D., as Commissioner of Health of State of New York, et al., Respondents.

Submitted January 18, 2005; decided February 10, 2005

Motion by New York State Health Facilities Association, Inc. for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.